IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE ANAPLAN, INC. | § | No. 284, 2024 |
| | § | |
| STOCKHOLDERS LITIGATION | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
| | § | |
| | § | C.A. No. 2022-1073 |

Submitted: January 22, 2025
Decided: February 3, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

# **O R D E R**

NOW this 3rd day of February 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dismissing Plaintiff's claims dated June 21, 2024 and in its Order granting Defendants' Motion to Dismiss the Verified Class Action Complaint dated June 24, 2024;

NOW THEREFORE, IT IS ORDERED that the decision and judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice